# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** | 21-17123

**Case Name** | Coronavirus Reporter, et al. v. Apple, Inc. et al.

**Counsel submitting this form** | Attorney Keith Mathews

**Represented party/parties** | Coronavirus Reporter, Calid, Inc., Primary Productions LLC.

*Briefly describe the dispute that gave rise to this lawsuit.*

This lawsuit is a class action seeking to redress the injustices Apple committed to the app developer base that their monopoly necessarily relies on to exist. Plaintiffs, a coalition of developers and a world renowned doctors bring this action to address the anti-competitive business practices in the Sherman-Act regulated marketplace for smartphone apps that have become the norm at Apple. The Company has censored and oppressed app developers Coronavirus Reporter, CALID, Primary Productions, Dr. Jeffrey Isaacs, and countless other class members.

This matter is a first to file class action addressing Apple's censorship of free apps, constituting Sherman Act and RICO violations directed against the institutional smartphone application software marketplace. The result of this censorship is the loss of millions of person-hours of work due to improper app rejections.

The Plaintiffs are a variety of app developers from entertainment to videoconferencing to the tracking and prevention of the spread of COVID 19. Plaintiffs have requested a preliminary injunction to prevent the continued censorship of their apps which was denied by the District Court.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

*Briefly describe the result below and the main issues on appeal.*

The denial of the Plaintiff's motion for a preliminary injunction in this matter was inappropriate. Plaintiff Coronavirus reporter, alongside their chief physician Dr. Robert Roberts, a world-renowned physician who pioneered the MBCK blood test and whose resume is beyond reproach submitted an application to the Apple App Store in February of 2020. That application sought to track the virus and save lives. Apple blocked that application in violation of the Sherman Act and developer their own, which would later become an inarguable failure. The injunction sought by the Plaintiff was intended to immediately and unambiguously end Apple's unilateral control over the software permitted to run on its users' devices. It would end Apple's exclusive monopoly, and monopsony, over access to the smartphone enhanced Internet backbone, and institutional software marketplace.

The injunction is the only way that Coronavirus Reporter could be made whole. It also prevents additional injury to countless class members that are being denied access to the app store every day.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The District Court also Granted Defendant Apple's 12(b)(6) Motion to Dismiss. That matter remains below as a motino for reconsideration and relief from judgment has been filed and is currently being litigated.

**Signature** /s/ Keith A. Mathews, Esq.    **Date** 01/12/2022

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*