UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CORONAVIRUS REPORTER; et al.,<br><br>        Plaintiffs - Appellants,<br><br>and<br><br>JEFFREY D. ISAACS, Dr.,<br><br>        Plaintiff,<br><br> v.<br><br>APPLE, INC.,<br><br>        Defendant - Appellee,<br><br>and<br><br>FEDERAL TRADE COMMISSION,<br><br>        Defendant. | No. 21-17123<br><br>D.C. No. 3:21-cv-05567-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Kyungah Suk
Circuit Mediator

cl/mediation