**FILED**

JAN 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CORONAVIRUS REPORTER; et al., <br><br> Plaintiffs-Appellants, <br><br> and <br><br> JEFFREY D. ISAACS, Dr., <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., <br><br> Defendant-Appellee, <br><br> and <br><br> FEDERAL TRADE COMMISSION, <br><br> Defendant. | No. 21-17123 <br><br> D.C. No. 3:21-cv-05567-EMC <br> Northern District of California, <br> San Francisco <br><br> ORDER |

On December 30, 2021, this court ordered appellants, within 21 days, to pay the filing and docketing fees for this appeal and file proof of such payment. The order warned appellants that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellants have not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

LCC/MOATT

This order served on the district court shall, 21 days after the date of the order, act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7